IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS, INC., and ACTAVIS ELIZABETH LLC, <br><br> Defendants. | C. A. No.: 14-1487-LPS |

**AMENDED FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Actavis, Inc. and Actavis Elizabeth LLC hereby submit the following amended corporate disclosure statement:

1. Actavis Elizabeth LLC is a wholly-owned subsidiary of Actavis, Inc.

2. Actavis, Inc. is a wholly-owned subsidiary of Allergan plc.

3. Allergan plc is a publicly held corporation traded on the NYSE under the ticker symbol AGN.

4. Allergan plc has no parent corporation and no publicly held corporation owns more than 10% of Allergan plc stock.

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Melanie K. Sharp (No. 2501)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

WILLKIE FARR & GALLAGHER LLP
Thomas J. Meloro
Heather M. Schneider
Tara L. Thieme
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Dated: June 17, 2015          *Attorneys for Actavis, Inc. and Actavis Elizabeth LLC*

01:17269790.1