

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*Attorneys at Law*

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302 571 6681
F 302 576 3333
MSHARP@YCST.COM

April 12, 2017

**BY E-FILE AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Novartis Pharmaceuticals Corporation, Mitsubishi Tanabe Pharma Corporation, and Mitsui Sugar Co., Ltd. v. Actavis Elizabeth LLC*, C.A. No.: 14-1487-LPS

Dear Chief Judge Stark:

We write for Defendants Actavis and HEC to inform the Court of Defendants' withdrawal of obviousness and inventorship defenses to narrow the issues and streamline the proceedings at trial.[1] Accordingly, the following pending motions are moot and need not be addressed by the Court at the Pretrial Conference on April 18, 2017:

- Motion to Preclude Defendants' Experts' Testimony at Trial of Dr. Robert S. Coleman (D.I. 212);
- Motion for Summary Judgment On the Issue of Improper Inventorship of U.S. Patent No. 5,604,229 (D.I. 213); and
- Motion to Preclude Testimony of Patent Law Expert Michael Sofocleous (D.I. 216).

The parties are discussing a stipulation regarding the withdrawal of defenses identified above, but wanted to notify the Court as soon as possible of the motions that are mooted by the withdrawal.

Respectfully,

/s/ *Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:mg
cc:   Michael P. Kelly, Esquire (by e-mail)
      Daniel M. Silver, Esquire (by e-mail)
      Benjamin A. Smyth, Esquire (by e-mail)

---

[1] HEC has only asserted the inventorship defense, and its withdrawal relates only to that issue. HEC continues to maintain defenses based on Section 112 along with Defendants Apotex and Ezra.